Argued May 23, reversed and remanded for entry of order denying claim June 20, reconsideration denied July 26, 1978, petition for review denied January 9, 1979

DERKSEN, *Respondent,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Appellant.*
(No. 24341, CA 9885)
579 P2d 906

Allen W. Lyons, Associate Counsel, State Accident Insurance Fund, Salem, argued the cause for appellant. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

David W. Hittle, Salem, argued the cause for respondent. With him on the brief were Rolf Olson, and Dye & Olson, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Reversed and remanded for entry of an order denying claimant's claim. *Larson v. State Ind. Acc. Com.,* 209 Or 389, 399, 307 P2d 314 (1957).